# United States Court of Appeals

FOR THE DISTRICT OF COLUMBIA CIRCUIT

———

**No. 00-5212**                  **September Term, 2000**

**98cv01232**
**98cv01233**

**Filed On: January 22, 2001** [570389]

United States of America,
        Appellee

    v.

Microsoft Corporation,
        Appellant

_____

Consolidated with 00-5213


## O R D E R

      To ensure an organized presentation of argument in these appeals, it is **ORDERED**, on the Court's own motion, that the parties submit proposals for the format to govern oral argument by noon, Friday, February 2, 2001. The proposed format should address in particular:

    (1)    Of the issues addressed in the briefs, which warrant presentation at argument, and which can rest on the written submissions?

    (2)    In what order should the court hear the issues that warrant oral argument?

    (3)    How much total time should the court allow for argument?

    (4)    Of the total time, how much should the court allow for the argument of each specific issue identified as warranting oral presentation?

    (5)    The names of counsel who will argue and the parties they represent.

      Counsel are encouraged to meet prior to February 2, 2001, to prepare and present a unified format for oral argument. Counsel will subsequently be notified of the issues the court will hear at oral argument, the order in which those issues will be heard, and the time allocated to each issue.

                                                     **FOR THE COURT:**

# United States Court of Appeals

FOR THE DISTRICT OF COLUMBIA CIRCUIT

———

**No. 00-5212**                                                  **September Term, 2000**

Mark J. Langer, Clerk