# United States Court of Appeals

FOR THE DISTRICT OF COLUMBIA CIRCUIT

---

**No. 00-5212**  September Term, 1999

98cv01232

Filed On: June 19, 2000 [524007]

United States of America,
    Appellee

v.

Microsoft Corporation,
    Appellant


**BEFORE**:    Edwards, Chief Judge; Williams, Ginsburg, Sentelle, Randolph, Rogers, and Tatel, Circuit Judges

## O R D E R

Upon consideration of the motion for leave to submit an overlength motion for stay pending appeal, the lodged motion for stay, the motion for summary dismissal of Microsoft's motion for leave to file a motion for stay pending appeal on the ground that it is premature, or to defer consideration pending a determination as to jurisdiction, the opposition thereto, and the reply, it is

**ORDERED** that the motion for summary dismissal of Microsoft's motion for leave to file a motion for stay pending appeal on the ground that it is premature, or to defer consideration pending a determination as to jurisdiction, is hereby denied. It is

**FURTHER ORDERED** that the motion for leave to submit an overlength motion for stay be granted. The Clerk is directed to file the lodged motion for stay. We caution the parties that all future filings must comply with the page and/or word limits established in the Federal Rules of Appellate Procedure and this court's rules, except as specifically authorized by order of the court. It is

**FURTHER ORDERED**, on the court's own motion, that the response to the motion for stay not exceed 39 pages, and that the reply, if any, not exceed 10 pages. It is

**FURTHER ORDERED**, on the court's own motion, that the response be filed within 10 days of the date of this order, and that the reply, if any, be filed within 7 days thereafter. It is

# United States Court of Appeals

FOR THE DISTRICT OF COLUMBIA CIRCUIT

**No. 00-5212**                                                              **September Term, 1999**

**FURTHER ORDERED**, on the court's own motion, that the parties file and serve these and all future pleadings by hand.  It is

**FURTHER ORDERED** that, in the event that the district court certifies the appeal under 15 U.S.C. § 29, this briefing schedule will be automatically suspended.  If the Supreme Court accepts jurisdiction, the schedule will be moot; if the Supreme Court remands the case to this court, the schedule shall resume and the intervening period shall not count toward the running of the stated deadlines.

<u>**Per Curiam**</u>

**FOR THE COURT:**

Mark J. Langer, Clerk