# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT

---

**No. 00-5212**　　　　　　　　　　　　**September Term, 2000**

98cv01232
98cv01233

**Filed On: February 20, 2001** [577162]

United States of America,
　　　　Appellee

　　v.

Microsoft Corporation,
　　　　Appellant

_____
Consolidated with 00-5213

　　**BEFORE:**　　Edwards, Chief Judge; Williams, Ginsburg, Sentelle, Randolph, Rogers, and Tatel, Circuit Judges

### O R D E R

　　Upon consideration of the motion of Carl Lundgren to suggest a third perspective on the alleged bias and alleged misconduct of the district court judge, it is

　　**ORDERED** that the motion be denied. Movant has not demonstrated that the requested relief is warranted.

### Per Curiam

**FOR THE COURT:**
Mark J. Langer, Clerk

BY:

Deputy Clerk, LD