# United States Court of Appeals

FOR THE DISTRICT OF COLUMBIA CIRCUIT

___

**No. 00-5212**                                  **September Term, 2000**

98cv01232
98cv01233

Filed On: October 26, 2000 [552426]

United States of America,
        Appellee

    v.

Microsoft Corporation,
        Appellant

_____
Consolidated with 00-5213

## O R D E R

    Upon consideration of the various motions for leave to participate as amicus curiae, it is

    **ORDERED,** on the court's own motion, that any responses to the motions for leave be filed by 9:00 a.m. on Monday, October 30, 2000, and any replies by 9:00 a.m. on Wednesday, November 1, 2000.  Each response must addresss all motions to which the party wishes to respond -- individual responses to each motion will not be allowed.  The parties are reminded that all submissions in these cases must be hand-served and hand-filed, and that this requirement applies to amici and movants for amicus status.

### Per Curiam

                              **FOR THE COURT:**
                              Mark J. Langer, Clerk

BY:

                              Linda Jones
                              Deputy Clerk/LD