# United States Court of Appeals

**District of Columbia Circuit**
**Washington, D.C. 20001-2866**

**Mark J. Langer**
**Clerk**

December 18, 2000

(202) 216-7300

Filed On: December 18, 2000 [563247]

Dear Counsel:

    In order for the Court to finalize seating arrangements, please provide to the Clerk's Office no later than Friday, January 5, 2001, a list of counsel and clients who will need seating at the February 26 and 27 arguments in No. 00-5212, *United States v. Microsoft Corporation,* and No. 00-5213, *State of New York, et al. v. Microsoft Corporation.* The parties' list should set out, tentatively, if not yet certain, the names of counsel who will be arguing; additional counsel who will be attending; and the number of seats requested for clients. Amici curiae must also provide a list of counsel and clients who wish to reserve seating.

    Please be advised that seating is limited, and the Court may not be able to accommodate all requests.

Very truly yours,

Mark J. Langer,
Clerk