# United States Court of Appeals

FOR THE DISTRICT OF COLUMBIA CIRCUIT

---

No. 00-5212 September Term, 2000

98cv01232
98cv01233

Filed On: June 28, 2001 [606394]

United States of America,
        Appellee

v.

Microsoft Corporation,
        Appellant

_____

Consolidated with 00-5213

## O R D E R

It is **ORDERED**, on the court's own motion, that the Clerk withhold issuance of the mandate herein until seven days after disposition of any timely petition for rehearing. See Fed. R. App. P. 41(b); D.C. Cir. Rule 41. This instruction to the Clerk is without prejudice to the right of any party at any time to move for expedited issuance of the mandate for good cause shown.

**FOR THE COURT:**
Mark J. Langer, Clerk

BY:

Dorothy E. Barrack
   Deputy Clerk