# United States Court of Appeals

FOR THE DISTRICT OF COLUMBIA CIRCUIT

___

**No. 00-5212**  **September Term, 2000**

98cv01232
98cv01233

Filed On: August 2, 2001 [614733]

United States of America,
       Appellee

v.

Microsoft Corporation,
       Appellant

_____

Consolidated with 00-5213

**BEFORE**:    Ginsburg, Chief Judge; Edwards, Williams, Sentelle, Randolph, Rogers, and Tatel, Circuit Judges

## O R D E R

Upon consideration of appellees' motion for immediate issuance of the mandate, the response thereto, appellant's petition for rehearing, and the response thereto, it is

**ORDERED** that the motion for immediate issuance of the mandate be denied. It is

**FURTHER ORDERED** that the petition for rehearing be denied. Nothing in the Court's opinion is intended to preclude the District Court's consideration of remedy issues.

**Per Curiam**

**FOR THE COURT:**
Mark J. Langer, Clerk

BY:

Linda Jones
Deputy Clerk