# United States Court of Appeals

FOR THE DISTRICT OF COLUMBIA CIRCUIT

---

**No. 00-5212**　　　　　　　　　　　　　September Term, 2000

98cv01232
98cv01233

Filed On: December 15, 2000

[563059]
United States of America,
　　　　Appellee

　　v.

Microsoft Corporation,
　　　　Appellant

_____

Consolidated with 00-5213

## O R D E R

　　Upon consideration of the motion for *pro hac vice* admission, it is

　　**ORDERED** that the motion be dismissed as moot. Robert S. Getman, Esq., has been admitted to the bar of the court, rendering the motion moot as to him. Because this court's rules permit admission *pro hac vice* only for the purpose of presenting oral argument, see D.C. Cir. Rule 46(a), and because amici curiae are not permitted to participate in oral argument, see D.C. Cir. Rule 34(e), the motion is also moot as to Steven Plafker, Esq.

**FOR THE COURT:**
Mark J. Langer, Clerk

BY:

Deputy Clerk/LD