# United States Court of Appeals

### FOR THE DISTRICT OF COLUMBIA CIRCUIT

———

**No. 00-5212**                          **September Term, 2000**

98cv01232
98cv01233
**Filed On: November 22, 2000**

[557904]

United States of America,

         Appellee

     v.

Microsoft Corporation,

         Appellant

_____

Consolidated with 00-5213

      **BEFORE**:    Edwards, Chief Judge; Williams, Ginsburg, Sentelle,
                   Randolph, Rogers, and Tatel, Circuit Judges

## O R D E R

Upon consideration of the pro se "motion of leave" filed by K. Michael Pollock, which is construed as a motion for leave to file out of time a motion for leave to participate as amicus curiae; and the pro se motion of intent to participate, which is construed as a motion for leave to participate as amicus curiae, it is

**ORDERED** that the motion for leave to file out of time be denied. Movant has not justified late submission and, in any event, movant's participation would not assist the court. The Clerk is directed to return to movant the motion for leave to participate as amicus curiae.

## Per Curiam

                    **FOR THE COURT:**
                    Mark J. Langer, Clerk

        BY:

                    John T. Haley
                    Deputy Clerk/LD