# United States Court of Appeals

FOR THE DISTRICT OF COLUMBIA CIRCUIT

---

**No. 00-5212**       **September Term, 2000**

98cv01232
98cv01233

Filed On: November 30, 2000

[559607]

United States of America,
    Appellee

v.

Microsoft Corporation,
    Appellant

_____

Consolidated with 00-5213


**BEFORE**:    Edwards, Chief Judge; Williams, Ginsburg, Sentelle, Randolph, Rogers, and Tatel, Circuit Judges


### O R D E R

Upon consideration of appellees' unopposed motion to file joint brief, it is

**ORDERED** that the motion be granted. The United States and State Appellees may file a joint brief not to exceed 150 pages in length.


### Per Curiam

**FOR THE COURT:**
Mark J. Langer, Clerk

BY:

Deputy Clerk/LD