# United States Court of Appeals

FOR THE DISTRICT OF COLUMBIA CIRCUIT

---

**No. 00-5212**  **September Term, 1999**
98cv01232

United States of America,  Filed On: June 13, 2000 [523102]
    Appellee

v.

Microsoft Corporation,
    Appellant

**BEFORE**:    Edwards, Chief Judge; Silberman*, Williams, Ginsburg, Sentelle, Henderson*, Randolph, Rogers, Tatel and Garland*, Circuit Judges

### O R D E R

In view of the exceptional importance of these cases and the fact that the number of judges of this court disqualified from participation as a practical possibility precludes any *en banc* rehearing of a panel decision, it is

**ORDERED**, *sua sponte,* by the *en banc* court that these cases and all motions and petitions filed in these cases be heard by the court sitting *en banc*. Parties shall hereafter file an original and nineteen copies of all pleadings and briefs submitted.

**Per Curiam**

**FOR THE COURT:**

Mark J. Langer, Clerk

---

*Circuit Judges Silberman, Henderson, and Garland took no part in the consideration and issuance of this order, and they will take no part in any future consideration of matters before the court involving these cases.