# United States Court of Appeals

FOR THE DISTRICT OF COLUMBIA CIRCUIT

___

**No. 00-5212**  **September Term, 2000**

98cv01232
98cv01233

Filed On: November 17, 2000

[557008]
United States of America,
       Appellee

   v.

Microsoft Corporation,
       Appellant

_____

Consolidated with 00-5213

## O R D E R

It is **ORDERED**, on the court's own motion, that the court's orders filed October 11, 2000, and November 3, 2000, be amended as follows:

Amici curiae must submit their briefs in hard copy and in PDF format only. Amici are not required to submit CD-ROM versions of their initial or final briefs.

The parties and amici may, if they choose, cooperate in the production of a joint CD-ROM that includes the briefs submitted by amici curiae. This is not required, however, and it will not be a ground for any extension of existing deadlines.

CD-ROM versions of the parties' briefs and the joint appendix must be filed within three business days of the due dates set forth in the court's prior orders for the hard copy and PDF versions of these submissions.

**Per Curiam**

FOR THE COURT:
Mark J. Langer, Clerk

BY:

Linda Jones
Deputy Clerk/LD

# United States Court of Appeals

FOR THE DISTRICT OF COLUMBIA CIRCUIT

---

**No. 00-5212**                                **September Term, 2000**