# United States Court of Appeals

FOR THE DISTRICT OF COLUMBIA CIRCUIT

---

**No. 00-5212**　　　　　　　　　　**September Term, 2000**

98cv01232
98cv01233

Filed On: October 10, 2000 [548825]

United States of America,
　　　　Appellee

　v.

Microsoft Corporation,
　　　　Appellant

_____

Consolidated with 00-5213

**BEFORE:**　Edwards, Chief Judge; Williams, Ginsburg, Sentelle, Randolph, Rogers, and Tatel, Circuit Judges

## O R D E R

Upon consideration of the motion for leave to proceed to file amicus curiae brief in forma pauperis, pro se applicant Roy A. Day's motion for leave to file brief as amicus curiae, and the lodged brief and appendix, it is

**ORDERED** that the motions be denied. Movant's asserted interest is inadequate to warrant participation as *amicus curiae* and movant's participation would not assist the court. See Fed. R. App. P. 29.

### Per Curiam

FOR THE COURT:
Mark J. Langer, Clerk

**BY:**

Deputy Clerk/LD