# United States Court of Appeals

FOR THE DISTRICT OF COLUMBIA CIRCUIT

---

**No. 00-5212**  September Term, 2000

98cv01232
98cv01233

Filed On: February 6, 2001 [574293]

United States of America,
    Appellee

    v.

Microsoft Corporation,
    Appellant

_____

Consolidated with 00-5213


**BEFORE**:   Edwards, Chief Judge; Williams, Ginsburg, Sentelle, Randolph, Rogers, and Tatel, Circuit Judges

### O R D E R

Upon consideration of the motion of amicus curiae Laura Bennett Peterson for leave to file brief out of time, it is

**ORDERED** that the motion be denied. The court's order filed October 11, 2000, stated that the court would not entertain motions for extension of the briefing deadlines. Amicus did not comply with that order, nor did she comply with D.C. Cir. Rule 28(f), providing that motions to extend the time for filing a brief be submitted ten days prior to the established deadline. Finally, amicus did not indicate in her original motion for leave to participate as amicus which side she supported. Her submission of a brief at this late date, urging reversal of the district court's judgment, deprives appellees of an opportunity to respond to her arguments.

The Clerk is directed to return the lodged briefs.

**Per Curiam**

                **FOR THE COURT:**
                Mark J. Langer, Clerk

BY:

Deputy Clerk/LD

# United States Court of Appeals

FOR THE DISTRICT OF COLUMBIA CIRCUIT

———

**No. 00-5212**                                                                      **September Term, 2000**