# United States Court of Appeals

FOR THE DISTRICT OF COLUMBIA CIRCUIT

---

**No. 00-5212**  **September Term, 2000**

98cv01232
98cv01233

**Filed On: January 9, 2001** [567775]

United States of America,
       Appellee

   v.

Microsoft Corporation,
       Appellant

_____

Consolidated with 00-5213

**BEFORE:**   Edwards, Chief Judge; Williams, Ginsburg, Sentelle, Randolph, Rogers, and Tatel, Circuit Judges

## O R D E R

Upon consideration of the motion for leave to intervene and for other relief filed by Berdelle G. Heckstall, it is

**ORDERED** that the motion be denied. Movant has not demonstrated that the requested relief is warranted.

**Per Curiam**

FOR THE COURT:
Mark J. Langer, Clerk

By:

Deputy Clerk/LD