# United States Court of Appeals

FOR THE DISTRICT OF COLUMBIA CIRCUIT

---

**No. 00-5212**                                   **September Term, 2000**

98cv01232
98cv01233

Filed On: July 19, 2001 [611163]

United States of America,
       Appellee

  v.

Microsoft Corporation,
       Appellant

_____

Consolidated with 00-5213

**BEFORE**:   Ginsburg, Chief Judge, Edwards, Williams, Sentelle, Randolph, Rogers and Tatel, Circuit Judges

## O R D E R

Upon consideration of appellant's petition for rehearing filed on July 18, 2001, it is

ORDERED that appellees respond thereto and do so on or before August 3, 2001.

A reply to the response will not be accepted by the court.

**Per Curiam**

                                **FOR THE COURT:**
                                Mark J. Langer, Clerk

BY:

                                Robert A. Bonner
                                Deputy Clerk