# United States Court of Appeals

FOR THE DISTRICT OF COLUMBIA CIRCUIT

———

**No. 00-5212**                           **September Term, 2000**

**98cv01232**
**98cv01233**

**Filed On: October 26, 2000** [552479]

United States of America,
        Appellee

    v.

Microsoft Corporation,
        Appellant

_____

Consolidated with 00-5213

## N O T I C E

Upon consideration of the parties' responses to the Court's October 18, 2000, Notice, the Court has decided not to proceed with the review session described in that Notice.

**FOR THE COURT:**
Mark J. Langer, Clerk

BY:

Linda Jones
Deputy Clerk/LD