# United States Court of Appeals
### For The District of Columbia Circuit

**No. 00-5212**  **September Term, 2000**

98cv01232

**Filed On: September 26, 2000**

[546218]

United States of America,
  Appellee

 v.

Microsoft Corporation,
  Appellant

_____

**00-5213**  98cv01233

State of New York, ex rel, et al.,
  Appellees

 v.

Microsoft Corporation,
  Appellant

**BEFORE:** Edwards, Chief Judge; Williams, Ginsburg, Sentelle, Randolph, Rogers, and Tatel, Circuit Judges

### O R D E R

Upon consideration of the Supreme Court orders in No. 00-139, Microsoft Corporation v. United States, et al. (U.S. Sept. 26, 2000), and No. 00-261, New York, ex rel. Eliot Spitzer v. Microsoft Corporation (U.S. Sept. 26, 2000), and this court's June 19, 2000 order establishing a briefing schedule on appellant's motion for stay, it is

**ORDERED**, on the court's own motion, that the above-captioned cases be consolidated. It is

**FURTHER ORDERED**, on the court's own motion, that the June 19, 2000 briefing schedule be vacated in light of the district court's June 20, 2000 order staying its final judgment pending appeal. It is

# United States Court of Appeals

FOR THE DISTRICT OF COLUMBIA CIRCUIT

___

**No. 00-5212**                                         **September Term, 2000**

**FURTHER ORDERED**, on the court's own motion, that appellant file a motion to govern further proceedings herein, including a proposed briefing schedule and format, by 4:00 p.m. on Monday, October 2, 2000.  Any responses are to be filed by 4:00 p.m. on Thursday, October 5, and any reply by 4:00 p.m. on Tuesday, October 10.  The parties may, if practicable, submit a joint proposal.

The parties shall hand-file and hand-serve one original and nineteen copies of each pleading.  Additionally, at this time, the parties shall submit a portable document format ("PDF") version of each pleading.  Instructions for electronic filing are available from the Clerk's Office at 202-216-7315.

**Per Curiam**

**FOR THE COURT:**
Mark J. Langer, Clerk

BY:

Deputy Clerk, LD