# United States Court of Appeals

FOR THE DISTRICT OF COLUMBIA CIRCUIT

---

**No. 00-5212**　　　　　　　　　　　　　　　　**September Term, 2000**

98cv01232
98cv01233

Filed On: December 18, 2000

[563219]
United States of America,
　　　　Appellee

　　v.

Microsoft Corporation,
　　　　Appellant

_____

Consolidated with 00-5213


　　**BEFORE**:　Edwards, Chief Judge; Williams, Ginsburg, Sentelle,
　　　　　　　Randolph[*], Rogers, and Tatel, Circuit Judges

## O R D E R

　　Upon consideration of the court's briefing order filed November 3, 2000, the separate <u>amicus</u> briefs lodged by the Center for the Moral Defense of Capitalism ("CMDC") and the Association for Objective Law ("TAFOL"), and the motions for leave to file the separate lodged briefs, it is

　　**ORDERED** that the motions for leave to file the separate lodged briefs be denied. The Clerk is directed to return the lodged briefs. CMDC and TAFOL may file a joint brief not exceeding 25 pages or separate briefs not exceeding 13 pages each within 10 days of the date of this order.

**Per Curiam**

　　　　　　　　　　　　　　　　　　　　　　　**FOR THE COURT:**
　　　　　　　　　　　　　　　　　　　　　　　Mark J. Langer, Clerk

　　　　　　　　　　　　　　　BY:

---

　　[*]Judge Randolph would not permit CMDC and TAFOL to refile joint or separate briefs.

# United States Court of Appeals

FOR THE DISTRICT OF COLUMBIA CIRCUIT

———

**No. 00-5212**                                  **September Term, 2000**

Deputy Clerk/LD