# United States Court of Appeals

FOR THE DISTRICT OF COLUMBIA CIRCUIT

___

**No. 00-5212**                                                    **September Term, 2000**

                                                                                  98cv01232
                                                                                  98cv01233
                                                      **Filed On: February 6, 2001** [574276]

United States of America,
          Appellee

     v.

Microsoft Corporation,
          Appellant

_____
Consolidated with 00-5213


**BEFORE**:   Edwards, Chief Judge; Williams, Ginsburg, Sentelle, Randolph, Rogers, and Tatel, Circuit Judges

## O R D E R

Upon consideration of the court's order filed January 22, 2001, and the parties' joint proposal submitted in response thereto, it is

**ORDERED** that the format for oral argument in these cases shall be as follows:

**Monday, February 26, 2001, at 9:30 a.m.**

| ISSUE | TIME ALLOTTED |
|---|---|
| Monopoly maintenance | 75 minutes per side |
| Tying | 45 minutes per side |

**Tuesday, February 27, 2001, at 9:30 a.m.**

| ISSUE | TIME ALLOTTED |
|---|---|
| Attempted monopolization | 15 minutes per side |
| Relief | 45 minutes per side |
| Conduct of trial and extrajudicial statements | 30 minutes per side |

# United States Court of Appeals

FOR THE DISTRICT OF COLUMBIA CIRCUIT

___

**No. 00-5212**                                                      **September Term, 2000**

The court reserves the possibility that the time allotted will be extended if it is determined to be insufficient to address the questions at issue. The parties, therefore, should be available between 9:30 a.m. and 4:00 p.m. on both February 26 and 27, 2001. If argument extends into the afternoon on either day, the court will take a ninety (90) minute recess for lunch.

<u>**Per Curiam**</u>

**FOR THE COURT:**
Mark J. Langer, Clerk

BY:

Deputy Clerk/LD