# United States Court of Appeals
**FOR THE DISTRICT OF COLUMBIA CIRCUIT**

---

**No. 00-5212**　　　　　　　　　　　　　**September Term, 2000**

98cv01232
98cv01233

**Filed On: January 19, 2001** [569956]

United States of America,
　　　　Appellee

　　v.

Microsoft Corporation,
　　　　Appellant

_____

Consolidated with 00-5213


**BEFORE**:　　Edwards, Chief Judge

### O R D E R

　　Upon consideration of appellees' motion for enlargement of time to file CD-ROM, it is

　　**ORDERED** that the motion be granted.  The Clerk is directed to file the lodged CD-ROMs.  The Court expects, in light of the abbreviated time period between filing of final briefs and oral argument, that the parties and their vendor will take whatever steps are necessary to ensure that the CD-ROM versions of the reply brief and the final briefs are filed on time.

**Per Curiam**