# United States Court of Appeals

FOR THE DISTRICT OF COLUMBIA CIRCUIT

---

**No. 00-5212**                                           **September Term, 2000**

                                                                                     98cv01232
                                                                                     98cv01233

                                                    Filed On: December 11, 2000

[561734]
United States of America,
        Appellee

    v.

Microsoft Corporation,
        Appellant

_____

Consolidated with 00-5213


    **BEFORE**:   Edwards, Chief Judge; Williams, Ginsburg, Sentelle,
                      Randolph, Rogers, and Tatel, Circuit Judges

## O R D E R

    Upon consideration of K. Michael Pollock's "motion to accept Rule 22" and the $100 check submitted with the motion, it is

    **ORDERED** that the motion be denied. It is

    **FURTHER ORDERED** that the Clerk return Pollock's check by certified mail, return receipt requested. It is

    **FURTHER ORDERED** that the Clerk return any future submissions from Pollock in this case.

### Per Curiam

                                      **FOR THE COURT:**
                                      Mark J. Langer, Clerk

                        BY:

                                      Deputy Clerk/LD