# United States Court of Appeals

FOR THE DISTRICT OF COLUMBIA CIRCUIT

---

**No. 00-5212**  **September Term, 2000**

98cv01232
98cv01233

Filed On: October 2, 2000 [547325]

United States of America,
       Appellee

   v.

Microsoft Corporation,
       Appellant

_____

Consolidated with 00-5213

**O R D E R**

It is

**ORDERED**, on the court's own motion, that counsel for the parties attend a meeting with the Clerk of Court and court personnel at 10:00 a.m. on Thursday, October 12, 2000 in Room 5118 to discuss guidelines for electronic filing in addition to the pdf format previously ordered, and procedures for the handling of sealed submissions. The parties are to ensure that a representative with the necessary technical expertise is in attendance.

                                                **FOR THE COURT:**
                                                Mark J. Langer, Clerk