# United States Court of Appeals

FOR THE DISTRICT OF COLUMBIA CIRCUIT

———

**No. 00-5212**                        **September Term, 2000**

98cv01232
98cv01233

United States of America,                        Filed On: October 18, 2000 [550906]

      Appellee

    v.

Microsoft Corporation,

      Appellant

_____

Consolidated with 00-5213

      Before:     Edwards, Chief Judge; Williams, Ginsburg, Sentelle,
                  Randolph, Rogers, and Tatel, Circuit Judges

## NOTICE

The parties are hereby advised that the Court is considering scheduling a review session on the fundamentals of automation to be conducted by Michael H. Hites, Ph.D., Chief Technology Officer at the Illinois Institute of Technology, on November 14, 2000. Dr. Hites, whose resume is attached, has no interest in this litigation. The review session would be descriptive only, focusing strictly on basic concepts underlying the fundamentals of automation; the review session would not address any of the issues presented in these appeals.

In conjunction with the preparation of the review session, the Court would like for representatives of the parties to meet and confer with Dr. Hites to consult with respect to the outline of materials to be covered and the substantive content of both the lecture and supplemental materials. In addition, two representatives of each side, one counsel and one technical representative, would attend the review session and supplement Dr. Hites' presentation as appropriate.

The parties are requested to respond to this proposal no later than 4:00 p.m., Wednesday, October 25, 2000.

**FOR THE COURT:**

Mark J. Langer, Clerk