# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT

---

**No. 00-5212**             **September Term, 2000**
98cv01232
98cv01233

**This order was amended by order filed November 17, 2000**

**Filed On: November 3, 2000** [554741]

United States of America,
      Appellee

    v.

Microsoft Corporation,
      Appellant

_____
Consolidated with 00-5213

      **BEFORE:**    Edwards, Chief Judge; Williams, Ginsburg, Sentelle, Randolph, Rogers, and Tatel, Circuit Judges

## O R D E R

Upon consideration of the motions for leave to participate as amicus curiae filed by the Association for Competitive Technology ("ACT") and the Computing Technology Industry Association ("CompTIA"), America Online ("AOL"), the Computer & Communications Industry Association ("CCIA"), the Software and Information Industry Association ("SIIA"), the Project to Promote Competition & Innovation in the Digital Age ("ProComp"), the Association for Objective Law ("TAFOL") and the Center for the Moral Defense of Capitalism ("CMDC"), Lee A. Hollaar, Laura Bennett Peterson, and Carl Lundgren, the responses thereto, and the replies, it is

**ORDERED** that the motions for leave to participate as amicus curiae be granted. The following briefing schedule and format will apply to the briefs of amici curiae:

| | |
|---|---|
| Joint Brief for ACT and CompTIA (not to exceed 25 pages) | November 27, 2000 |
| Joint Brief for TAFOL/CMDC (not to exceed 25 pages) | November 27, 2000 |
| Joint Brief for CCIA, SIIA, ProComp, and AOL (not to exceed 25 pages) | January 12, 2001 |

# United States Court of Appeals

FOR THE DISTRICT OF COLUMBIA CIRCUIT

___

**No. 00-5212**                               **September Term, 2000**

| | |
|---|---|
| Brief of Lee A. Hollaar<br>(not to exceed 25 pages) | January 12, 2001 |
| Brief of Laura Bennett Peterson<br>(not to exceed 25 pages) | January 12, 2001 |
| Brief of Carl Lundgren<br>(not to exceed 25 pages) | January 12, 2001 |

Amici are to comply in all respects with the court's September 26, 2000 and October 11, 2000 orders, including the requirement that all briefs be submitted in PDF and CD-Rom form, and that all pleadings be filed in PDF form. Any previously-filed pleading that does not comply with this requirement must be submitted in PDF form within 7 days of the date of this order. Amici are directed to serve the parties and all other amici with their pleadings.

**Per Curiam**

**FOR THE COURT:**
Mark J. Langer, Clerk