# United States Court of Appeals

FOR THE DISTRICT OF COLUMBIA CIRCUIT

---

**No. 00-5212**                                             **September Term, 2000**

98cv01232
98cv01233

This order was amended by order of November 17, 2000

Filed On: October 11, 2000 [549068]]

United States of America,
    Appellee

  v.

Microsoft Corporation,
    Appellant

_____

Consolidated with 00-5213

**BEFORE**:    Edwards, Chief Judge; Williams, Ginsburg, Sentelle, Randolph, Rogers, and Tatel, Circuit Judges

## O R D E R

Upon consideration of appellant's motion for an order governing further proceedings, the joint response thereto, and the reply, it is

**ORDERED** that the following briefing format and schedule will apply:

| | |
|---|---|
| Brief for appellant (not to exceed 150 pages) | November 27, 2000 |
| Brief(s) for amici in support of appellant (not to exceed 25 pages each) | November 27, 2000 |
| Brief for the United States (not to exceed 125 pages) | January 12, 2001 |
| Joint brief for the state appellees (not to exceed 25 pages) | January 12, 2001 |
| Brief(s) for amici in support of appellees (not to exceed 25 pages each) | January 12, 2001 |
| Reply brief for appellant (not to exceed 75 pages) | January 29, 2001 |
| Joint appendix | January 29, 2001 |

# United States Court of Appeals
### For The District of Columbia Circuit

---

**No. 00-5212**                                                **September Term, 2000**

    Final briefs                                                    February 9, 2001

**Extensions.** The court will not entertain motions for extension of these deadlines.

**Form and Length of Briefs.** All briefs must be filed using proportionally-spaced type of at least 12-point, with margins of at least one inch on all sides. Footnotes may not be used for the presentation of any statements of fact or arguments. The prescribed page limits are the *MAXIMUM* allowed, and the parties are discouraged from writing to the maximum if a more succinct offering would do. The court does not assume that length necessarily equates with quality.

**Amici Curiae.** Briefs for amici curiae must be filed on the same date as the brief the amicus supports. Amici supporting the same side are strongly encouraged to file a joint brief. See D.C. Cir. Rule 29(d). All notices of intent to participate or motions for leave to participate as amicus curiae must be filed within 14 days of the date of this order.

**Filing Format.** All briefs, and the deferred appendix, must be filed in the following formats:

- Hard copy -- 19 copies of each submission must be filed.

- PDF -- the parties will be notified of any changes in the procedures established in the court's order filed September 26, 2000.

- CD-Rom -- the parties and amici must file their *initial and final briefs* in CD-Rom format. Each brief must include hyperlinks to every case, statute, or other document cited in the brief, including those record documents to be included in the joint appendix. The parties are encouraged to cooperate so that CD-Rom versions of responsive and reply briefs incorporate briefs filed previously. The joint appendix will consist of all record documents cited by any party, presented in the order in which they are first cited. For this purpose, documents first cited by the United States in its brief will precede documents first cited in the joint brief of the state appellees. The parties are encouraged to cooperate in the production of a single joint CD-Rom version of the final briefs and appendix.

**Argument.** Oral argument in these cases will be held on February 26 and 27, 2001. The court will issue an order or orders at a later date establishing the time and format of argument, the order in which the issues will be presented, and any special arrangements for public and press attendance.

**Per Curiam**

# United States Court of Appeals

FOR THE DISTRICT OF COLUMBIA CIRCUIT

―――

**No. 00-5212**                                **September Term, 2000**

**FOR THE COURT:**
Mark J. Langer, Clerk